Louis Guenther *vs.* Jonathan Day & others.

A search warrant, issued under *St.* 1855, *c.* 215, § 25, which does not recite the names of the complainants, is void.

ACTION OF TORT against a constable of Worcester and two other officers assisting him, for taking and carrying away intox-icating liquors of the plaintiff under a search warrant issued by the police court of the city of Worcester, for the seizure of liquors in a dwelling-house, substantially in the form given in *St.* 1855, *c.* 397, § 1, except that the names of the complainants were omitted in the recital at the commencement of the com-plaint, and only that one named in the body of the complaint, who made the oath required by *St.* 1855, *c.* 215, § 25, in order to authorize the search of a dwelling-house. And by reason of such omission, the plaintiff sought to charge the defendants as trespassers.

The *St.* of 1855, *c.* 215, § 25, requires two complainants to every such complaint; and provides that "the offence, both in the complaint and warrant, shall be fully, plainly and substan-tially described, and the complainants shall be summoned to ap-pear as witnesses at the time and place which shall be assigned for the hearing and trial upon said complaint."

*H. Chapin*, for the plaintiff.

*P. E. Aldrich*, for the defendants.

SHAW, C. J. The statutes require the complaint to be fully set forth in the warrant. *Sts.* 1855, *c.* 215, § 25; *c.* 397, § 1. It

is not so set forth in this warrant; the complainants are nowhere named, and of course the order in the warrant to summon " the complainants" not named, to testify, is inoperative and void; and therefore the warrant is erroneous, and affords no justification to the defendants. *Judgment for the plaintiff*